## Betts's Estate.

*Executors and administrators—Commissions—Direction in will as to compensation of executors.*

Where a testator directs his executors to keep his real estate in good order and repair, pay taxes, water rent and interest on incumbrances, and pay to his wife the net rents and income during her life, and further directs that the executor shall be entitled to deduct from the gross income " for their services as such executors the sum of five per cent thereon," the executors are not entitled to a commission upon the sale or mortgage of the corpus of the estate.

Argued Jan. 31, 1901. Appeal, No. 322, Jan. T., 1900, by Pemberton S. Betts and Rodman L. Betts, Executors of Richard K. Betts, Deceased, from decree of O. C. Phila. Co., April T., 1900, No. 644, dismissing exceptions to adjudication in the estate of Richard K. Betts, Deceased. Before McCOLLUM, C. J., MITCHELL, FELL, BROWN, MESTREZAT and POTTER, JJ. Affirmed.

Exceptions to adjudication.

From the record it appeared that testator gave his executors the power to sell at public or private sale the whole or any portion of his real estate. He further directed his executors to keep his real estate in good order and repair, pay taxes, water rent and interest on incumbrances, and pay to his wife the net rents and income during her life. He also directed that his executors "shall be entitled to deduct from the gross income of my estate for their services as such executors the sum of five per cent thereon." In their account filed ten years after the death of testator, the executors claimed in addition to the five per cent on gross rentals, a percentage on mortgages which they had executed of the real estate.

The auditing judge, HANNA, P. J., disallowed the claim for commissions on mortgages.

Exceptions to the adjudication were dismissed by the court.

*Error assigned* was in refusing the compensation claimed.

*William A. Gray*, with him *Alfred S. Miller*, for appellants.

*Joseph T. Bunting*, for appellees, was not heard.

PER CURIAM, April 1, 1901:

We concur in the conclusion of the orphans' court that the compensation which the executors are entitled to receive for the services rendered by them under the will of their father is adequate and all that they have fairly earned. The assignments of error are therefore dismissed and the adjudication is affirmed.